IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JULIE HOLMES | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action ) No. 3:10cv273 |
| COMMERCIAL RECOVERY SYSTEMS, INC. | ) ) |
| Defendant. | ) |

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, by counsel, and Defendant Commercial Recovery Systems, Inc., by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above-styled civil action with prejudice.

UPON CONSIDERATION of the representations of counsel, the pleadings, and for other good cause shown, it hereby is ORDERED, ADJUDGED, and DECREED that civil action 3:10cv273 is DISMISSED with prejudice.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Date: December __15__, 2010



WE ASK FOR THIS:

*/s/ Matthew J. Erausquin*
_____
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone:   (703) 273-7770
Facsimile:   (888) 892-3512
matt@clalegal.com


*/s/ John C. Lynch*
_____
John C. Lynch, VSB # 39267
Counsel for Defendant Commercial Recovery Systems, Inc.
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:   (757) 687-7765
Facsimile:   (757) 687-1504
john.lynch@troutmansanders.com